United States Court of Appeals
Fifth Circuit

**F I L E D**

**January 29, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-41015
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

VERONICA M. PAVIA,

Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:03-CR-28-1
---------------------

Before HIGGINBOTHAM, DAVIS, and PRADO, Circuit Judges.

PER CURIAM:*

The Federal Public Defender appointed to represent Veronica
M. Pavia on direct appeal has filed a motion to withdraw and a
brief pursuant to Anders v. California, 386 U.S. 738, 744 (1967).
Pavia has not filed a response.  Our independent review of the
brief and the record discloses no nonfrivolous issue in this
direct appeal.  Accordingly, the motion for leave to withdraw is
GRANTED, counsel is excused from further responsibilities herein,
and the APPEAL IS DISMISSED.  See 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.